```
                UNITED STATES DISTRICT COURT
                 MIDDLE DISTRICT OF FLORIDA
                       TAMPA DIVISION
```

KEARNEY   CONSTRUCTION   COMPANY,
LLC, ET AL.

      Plaintiffs,
v.                                  Case No.  8:09-cv-1912-T-33TBM

BANK OF AMERICA,

      Defendant.
_____/

### **ORDER**

This matter is before the Court pursuant to Plaintiffs' Motion for Extension of Deadlines Set Forth in Case Management and Scheduling Order (Doc. # 27), which was filed on August 31, 2010.  Bank of America filed a Response in Opposition to the Motion on September 7, 2010. (Doc. # 29).  For the reasons that follow, the Court grants the Motion in part.

### **Analysis**

On March 29, 2010, the Court issued its Case Management and Scheduling Order (Doc. # 16).  Therein, the Court established as August 31, 2010, the deadline to disclose experts, to file third party claims, to join parties, and to amend pleadings.

On August 31, 2010, Plaintiffs filed the present Motion seeking a sixty day extension of the aforementioned deadlines.

(Doc. # 27).  Plaintiffs give no reason for the lengthy extension requested, except that Plaintiffs expended substantial time preparing for the July 20, 2010, mediation, which resulted in an impasse.

Bank of America stridently opposes the extension sought and argues, "Granting the Motion would indeed prejudice the Bank because it would deprive the Bank of a meaningful opportunity to conduct discovery regarding any such asserted new matter prior to the existing dispositive motions deadline of December 1, 2010, or the discovery cutoff of December 10, 2010." (Doc. # 29 at 3).

The Court "must take an active role in managing cases on [its] docket" and enjoys broad discretion "in deciding how best to manage the cases before [it]." Chudasama v. Mazda Motor Corp., 123 F.3d 1353, 1366 (11th Cir. 1997).  The Court finds that the lengthy extension sought is unreasonable and unduly prejudicial to the Bank.  Accordingly the Court will exercise its discretion to allow a limited extension of the deadlines that are the subject of this Order.  The deadline to disclose experts, to file third party claims, to join parties, and to amend pleadings is extended to **SEPTEMBER 22, 2010.**

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

Plaintiffs' Motion for Extension of Deadlines Set Forth in Case Management and Scheduling Order (Doc. # 27) is **GRANTED** to the extent that the deadline to disclose experts, to file third party claims, to join parties, and to amend pleadings is extended to **SEPTEMBER 22, 2010.**

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>16th</u> day of September 2010.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All Counsel and Parties of Record